UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENTON INGLE, individually, and on behalf of minor A.I.,<br><br>Plaintiff,<br><br>v.<br><br>TLC TRUCKING, LLC, et al.,<br><br>Defendants. | Case No. 20-CV-02011-DDC-GEB |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (**ECF No. 16**).  During the Scheduling Conference on May 19, 2020, the undersigned ordered Plaintiff to amend the pleading to address the issue of the citizenship of the members of the defendant TLC Trucking, LLC, and ensure this Court has proper jurisdiction. (See Phase I Scheduling Order, ECF No. 15 at 4-5.)  In his proposed Amended Complaint, Plaintiff specifies that no member of defendant TLC Trucking is a citizen of Tennessee—the state of citizenship of the Plaintiffs.  (Proposed First Amended Complaint, ECF No. 16-1, ¶ 7.)[1]

Therefore, the Court having been fully advised, and for good cause shown, hereby grants Plaintiff's Unopposed Motion for Leave to File First Amended Complaint.  (**ECF No. 16.**) Plaintiff shall file the First Amended Complaint within ten (10) days of the date of this Order.

---

[1] *See CU Capital Mkt. Sols., LLC v. Olden Lane Sec., LLC*, No. 18-2597-DDC-KGG, 2019 WL 2612940, at *2 (D. Kan. June 26, 2019) (noting "The governing standard requires complete diversity of citizenship— *i.e.*, plaintiffs must allege that no LLC member on plaintiffs' side of the case caption is a citizen of the same state as any individual or entity named on the defendants' side of the caption.") (citing *Middleton v. Stephenson*, 749 F.3d 1197, 1200 (10th Cir. 2014)).

**IT IS SO ORDERED.**

Dated May 26, 2020, at Wichita, Kansas.

                                              s/ Gwynne E. Birzer
                                              GWYNNE E. BIRZER
                                              U.S. Magistrate Judge